# Exhibit 1

## COLLATERAL SCHEDULE

**Note 75 Collateral**

Note 75 is secured by first-priority perfected Mortgage liens (with assignments of rents); Assignments of Rents, and Commercial Security Agreements (with corresponding UCC-1 financing statement filings for a blanket lien on all of Borrower's business assets, personal property and rents) with respect to the improved parcel of real property commonly known as 130 N. Ward, Macomb, Illinois 61455, Illinois (the **"Note 75 Collateral"**).

**Note 80 Collateral**

Note 80, for which Lender has obtained Judgments was secured by first-priority perfected Mortgage liens (with assignments of rents); Assignments of Rents, and Commercial Security Agreements (with corresponding UCC-1 financing statement filings for a blanket lien on all of Borrower's business assets, personal property and rents) with respect to the following improved parcels of real property, with the following common addresses in Macomb, Illinois 61455, Illinois (the **"Note 80 Collateral"**):

    23.96 Acres   PIN 11-401-266-00
    41.69 Acres   PIN 04-000-059-00
    19.28 Acres   PIN 04-000-059-05

    916 East Jackson
    914 East Elm
    514 West Washington
    480 Deere Road
    403 South Dudley
    328 East Summit
    1635 East Pierce
    141 Chandler
    129 Chandler
    126 Barsi
    119 North Campbell
    104 Prairie
    1000 Lakewood Drive
    536 West McDonough
    1021 East Carroll

**Note 90 Collateral**

Note 90 is secured by first-priority perfected Mortgage liens (with assignments of rents); Assignments of Rents, and Commercial Security Agreements (with corresponding UCC-1 financing statement filings for a blanket lien on all of Borrower's business assets, personal property and rents) with respect to the improved parcel of real property commonly known as 524 West Calhoun, Macomb, Illinois 61455, Illinois (the **"Note 90 Collateral"**).

**Note SCB Collateral**

Note SCB is secured by first-priority perfected Mortgage liens (with assignments of rents); Assignments of Rents, and Commercial Security Agreements (with corresponding UCC-1 financing statement filings for a blanket lien on all of Borrower's business assets, personal property and rents) with respect to the improved parcel of real property commonly known as 823 East Jackson, Macomb, Illinois 61455, Illinois (the **"Note SCB Collateral"**).

**Judgments**

Memoranda of Judgment, were recorded on January 27, 2020 in McDonough County, Illinois Recorders Office as Document #: 2020-233 with respect to Charles E. Lotz and as Document #2020-234 with respect to Lynn M. Lotz, which create a lien on all real property owned by either Charles E. Lotz or Lynn M. Lotz in McDonough County, Illinois, including but not limited to all collateral described above as well as the following:

| | |
|---|---|
| 19.28 acres, Chalmers Twp., McDonough County, IL | PIN: 04-000-059-05 |
| 432 W Jefferson, Macomb, IL 61455 | PIN: 11-400-245-00 |
| 406 S Clay St, Macomb, IL 61455 | PIN: 11-400-516-20 |
| 517 N Campbell St, Macomb, IL 61455 | PIN: 11-200-382-00 |
| 816 E Carroll, Macomb, IL 61455 | PIN: 11-200-223-00 |
| 623 E Calhoun, Macomb, IL 61455 | PIN: 11-200-196-00 |
| 214 E Walker, Macomb, IL 61455 | PIN: 11-300-428-00 |

Lotz Residence plus 13 acres:
A tract of land located in the Southwest Quarter of Section 2, Township 5 North, Range 3 West of the Fourth Principal Meridian, McDonough County, Illinois, more particularly bounded and described as follows: Commencing at the Northeast corner of the Southwest Quarter of Section 2; thence South 00 degrees 00 minutes East along and upon the East line of said Quarter Section a distance of 902.40 feet to the point of beginning of the tract to be described; thence continuing South 00 degrees 00 minutes East along and upon said line a distance of 688.00 feet; thence North 90 degrees 00 minutes West, a distance of 304.00 feet; thence South 88 degrees 57 minutes 30 seconds West a distance of 363.85 feet; thence North 07 degrees 57 minutes East, a distance of 331.60 feet; thence North 89 degrees 54 minutes 24 seconds West, a distance of 226.34 feet; thence North 00 degrees 15 minutes East, a distance of 196.51 feet; thence North 88 degrees 05 minutes West, a distance of 852.38 feet; thence North 00 degrees 25 minutes East, a distance of 100.00 feet; thence South 88 degrees 05 minutes East, a distance of 852.08 feet; thence North 00 degrees 15 minutes East, a distance of 69.33 feet; thence South 90 degrees 00 minutes East, a distance of 846.67 feet to the point of beginning, subject to all easements appurtenant thereto, situated, lying and being in the County of McDonough, State of Illinois.

# ADDITIONAL COLLATERAL SCHEDULE

The Notes and Judgments are/shall be secured by liens on the following real property and personal property (the "**Additional Collateral**"):

## REAL PROPERTY

Borrowers shall execute a Deed of Trust on the property commonly known as 1506 S. 12th Avenue, Ozark, Missouri 65721, the legal description for which is:

> ALL OF LOT ELEVEN (11) IN SUN RIDGE 3RD ADDITION, A SUBDIVISION IN THE CITY OF OZARK, CHRISTIAN COUNTY, MISSOURI.

Deed of Trust on the property commonly known as 1101 Wood Creek Circle, Flower Mound Texas 75028, the legal description for which is:

> LOT 12 IN BLOCK 2, OF TIMBERCREEK ADDITION, AN ADDITION TO THE TOWN OF FLOWER MOUND, DENTON COUNTY, TEXAS, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 12, PAGE 21, PLAT RECORDS, DENTON COUNTY, TEXAS.

## PERSONAL PROPERTY

Borrowers shall pledge their respective ownership interest in the following Collateral to secure the Notes:

### Loop & Lotz Investments, Inc.

To secure the Notes, Charles E. Lotz shall execute a Pledge Agreement, Collateral Receipt, and Irrevocable Stock Power or entitlement Order, each as provided by Lender, pledging his ownership in Loop & Lotz Investments, Inc., an Illinois corporation, as evidenced by Certificate No. 1, dated November 6, 1986 certifying that Charles E. Lotz owns 5,000 shares of Loop & Lotz Investments, Inc. ("Loop & Lotz Investments Certificate No. 1") Charles E. Lotz shall also tender the original Loop & Lotz Investments Certificate No. 1 to Lender to complete the pledge of this Collateral.

### Animal Medical Center of Macomb, Ltd.

To secure the Notes, Charles E. Lotz shall execute a Pledge Agreement, Collateral Receipt, and Irrevocable Stock Power or entitlement Order, each as provided by Lender, pledging his ownership in Animal Medical Center of Macomb, Ltd., an Illinois corporation, as evidenced by Certificate No. 9, dated January 1, 1982 certifying that Charles E. Lotz owns 833 shares of Animal Medical Center of Macomb, Ltd. ("Animal Medical Center of Macomb Certificate No. 9") Charles E. Lotz shall also tender the original Animal Medical Center of Macomb Certificate No. 9 to Lender to complete the pledge of this Collateral.

### SCB, Inc.

To secure the Notes, Charles E. Lotz shall execute a Pledge Agreement, Collateral Receipt, and Irrevocable Stock Power or entitlement Order, each as provided by Lender, pledging his ownership in SCB, Inc., an Illinois corporation, as evidenced by Certificate No. 1, dated September 26, 2017 certifying that Charles E. Lotz owns 100 shares of SCB, Inc. ("SCB Certificate No. 1") Charles E. Lotz shall also tender the original SCB Certificate No. 1 to Lender to complete the pledge of this Collateral.

Discount Furniture & Bedding of Macomb, Inc.

To secure the Notes, Charles E. Lotz shall execute a Pledge Agreement, Collateral Receipt, and Irrevocable Stock Power or entitlement Order, each as provided by Lender, pledging his ownership in Discount Furniture & Bedding of Macomb, Inc., an Illinois corporation, as evidenced by Certificate No. 1, dated March 20, 2003 certifying that Charles E. Lotz owns 100 shares of Discount Furniture & Bedding of Macomb, Inc. ("Discount Furniture & Bedding of Macomb, Inc. Certificate No. 1")  Charles E. Lotz shall also tender the original Discount Furniture & Bedding of Macomb, Inc. Certificate No. 1 to Lender to complete the pledge of this Collateral.

<u>Vehicles Titled in Illinois</u>:

To secure the Notes, Borrowers shall execute a Commercial Security Agreement pledging the vehicles listed below and take all actions necessary to cause Lender to be added as a "Secured Lienholder" on each vehicle title:

| | | | | | |
|---|---|---|---|---|---|
| 10704412009810 | 1973 | Mercedes-Benz | 450 Series | Coupe | Charles & Lynn |
| 12803010002851 | 1960 | Mercedes-Benz | Convertible | 6 Cyl | Charles |
| 5GTDN136468142153 | 2006 | Hummer | 4Wheel Dr | | Charles & Lynn |
| 1G1YY22P2S5115473 | 1995 | Chevrolet | Corvette | Coupe | Charles |
| 1HFSC223XWA004200 | 1998 | Honda | GL1500SE | Motorcycle | Charles |
| 5NHUTS218EW055601 | 2014 | US Cargo | VTSPP612SA | Trailer | Lotz Property Management* |
| TD308296 | 2009 | Homemade | | Trailer | Lotz Property Management* |
| 482UU1829LA006070 | 1991 | Double L | Flatbed | Trailer | Lotz Property Management* |

*Lotz Property Management is a d/b/a. Confirm true owner as Charles or (Charles and Lynn), etc.

<u>Vehicles Titled in Illinois – However Titles are Missing</u>:

To secure the Notes, Borrowers shall execute a Commercial Security Agreement pledging the vehicles listed below. In addition, Borrowers shall take all actions necessary to cause a Duplicate Title to be issued for each vehicle and to add Lender as a "Secured Lienholder" on each duplicate vehicle title:

| | | | | | |
|---|---|---|---|---|---|
| 1FTFS24L3VHA38805 | 1997 | Ford Econoline | | | Charles |
| 1FTPX14594NA36641 | 2004 | Ford | F150 | Supercab | Lotz Property Management* |
| JTJBT20X540030946 | 2004 | Lexus | GX470 | | Lotz Property Management* |

*Lotz Property Management is a d/b/a. Confirm true owner as Charles or (Charles and Lynn), etc.

Charles and Lynn execute a Commercial Security Agreement pledging a blanket lien on all assets to secure the Notes and Judgments.

*S:\Legal\Lotz, Charles\Second Amended and Restated Forbearance Agreement - 7-22-2021 CLEAN.docx*