# Exhibit 3

FILED
McDonough Co. Circuit Court
9th Judicial Circuit
Date: 1/27/2020 8:45 AM
Kimberly Wilson
CC 20LL00001

**Prepared by & Return to:**
Daniel C. Lanterman, Esq.
Assistant General Counsel
MARINE BANK
3050 Wabash Avenue
Springfield, IL 62704

**RECORDER'S USE ONLY**

Filed
1/27/2020 8:45 AM
Kim D. Wilson
Circuit Clerk

McDONOUGH COUNTY, IL RECORDERS OFFICE
Document #: 2020-233
Receipt # 42188                    Recording Fee: $62.00
Pages Recorded:                    Authorize By
Cashier Initials COUNTER
Date Recorded: 1/27/2020 12:22:36 PM

## MEMORANDUM OF JUDGMENT

IN THE CIRCUIT COURT FOR THE NINTH JUDICIAL CIRCUIT
MCDONOUGH COUNTY, ILLINOIS

COUNT I - Judgment rendered AGAINST:

| | |
|---|---|
| NAME OF PARTY: | CHARLES E. LOTZ |
| ADDRESS: | 2000 Lakewood Drive |
| | Macomb, IL |

Judgment _X_ rendered
DATE: January ____, 2020    AMOUNT: $1,846,354.52
____ revived

In favor of:
NAME OF PARTY:    MARINE BANK
                  Attention: Legal Department
STREET ADDRESS:   3050 Wabash Avenue
CITY and STATE:   Springfield, IL 62704

Court Case No. 20-LL-1     Execution Issue Date: January 27, 2020

SIGNED: _William C. Rasmussen_
JUDGE.

FILED
McDonough Co. Circuit Court
9th Judicial Circuit
Date: 1/27/2020 8:50 AM
Kimberly Wilson
CC 20LL00001

**Prepared by & Return to:**
Daniel C. Lanterman, Esq.
Assistant General Counsel
MARINE BANK
3050 Wabash Avenue
Springfield, IL  62704

RECORDER'S USE ONLY

Filed
1/27/2020 8:50 AM
Kim D. Wilson
Circuit Clerk



McDONOUGH COUNTY, IL RECORDERS OFFICE
Document #: 2020-234
Receipt #: 42186                 Recording Fee: $62.00
Pages Recorded:                  Authorize By
Cashier Initials: COUNTER
Date Recorded: 1/27/2020 12:22:37 PM

## MEMORANDUM OF JUDGMENT

IN THE CIRCUIT COURT FOR THE NINTH JUDICIAL CIRCUIT
MCDONOUGH COUNTY, ILLINOIS

COUNT II - Judgment rendered AGAINST:

NAME OF PARTY: LYNN M. LOTZ
ADDRESS: 2000 Lakewood Drive
Macomb, IL

Judgment _X_ rendered
___ revived

DATE: January 27, 2020    AMOUNT: $1,846,354.52

In favor of:
NAME OF PARTY: MARINE BANK
Attention: Legal Department
STREET ADDRESS: 3050 Wabash Avenue
CITY and STATE: Springfield, IL  62704

Court Case No. 20-LL-1

Execution Issue Date: January 27, 2020

SIGNED: _William C. Rasmussen_
JUDGE.