# Exhibit 5

## Property Information

| | | |
|---|---|---|
| **Parcel Number**<br>11-401-266-00 | **Site Address**<br>1701 W GRANT ST<br>MACOMB, IL 61455 | **Owner Name & Address**<br>LOTZ, LYNN M<br>PO BOX 37<br>MACOMB, IL, 61455 |
| **Tax Year**<br>2020 (Payable 2021) ▾ | | |
| **Sale Status**<br>None | | |
| **Property Class**<br>0011 - Homesite-Dwelling | **Tax Code**<br>11001 - | **Tax Status**<br>Taxable |
| **Net Taxable Value**<br>2,121 | **Tax Rate**<br>11.224930 | **Total Tax**<br>$238.08 |
| **Township**<br>MACOMB CITY | **Acres**<br>23.9600 | **Mailing Address** |

**Legal Description**
S2 T5 R3 10A OFF W SI E 1/2 SE & 235' OFF W 1/2 SE EX ROW WALT WALTER ADD

**Notes**
00-5600 rental

---

⊕ Photos & Sketches

---

⊖ **Structure (1 of 1)**

| Property Type | Description | Quality | Total Base Area | Year Built | Eff. Age | Value |
|---|---|---|---|---|---|---|
| RES - Residential | Detached Masonry | Grade C | 437 | 1920 | 100 | 5,833 |

| Detached Garage | |
|---|---|
| Masonry Construction | 437 Square Ft. |

---

## Assessments

| Level | Homesite | Dwelling | Farm Land | Farm Building | Mineral | Total |
|---|---|---|---|---|---|---|
| DOR Equalized | 0 | 0 | 1,621 | 500 | 0 | 2,121 |
| Department of Revenue | 0 | 0 | 1,621 | 500 | 0 | 2,121 |
| Board of Review Equalized | 0 | 0 | 1,621 | 500 | 0 | 2,121 |
| Board of Review | 0 | 0 | 1,621 | 500 | 0 | 2,121 |
| S of A Equalized | 0 | 0 | 1,621 | 500 | 0 | 2,121 |
| Supervisor of Assessments | 0 | 0 | 1,621 | 500 | 0 | 2,121 |
| Township Assessor | 0 | 0 | 1,395 | 500 | 0 | 1,895 |
| Prior Year Equalized | 0 | 0 | 1,395 | 500 | 0 | 1,895 |

## Billing

| | 1st Installment (Due 06/18/2021) | 2nd Installment (Due 09/03/2021) | Totals |
|---|---|---|---|
| Tax Billed | $119.04 | $119.04 | $238.08 |
| Penalty Billed | $0.00 | $0.00 | $0.00 |
| Cost Billed | $0.00 | $0.00 | $0.00 |
| Fees/Liens/SSA Billed | $0.00 | $0.00 | $0.00 |
| Total Billed | $119.04 | $119.04 | $238.08 |
| Amount Paid | $119.04 | $119.04 | $238.08 |
| Total Unpaid | $0.00 | $0.00 | $0.00 |
| Paid By | MARINE BANK-Info-Pro Lender Services | MARINE BANK-Info-Pro Lender Services | |
| Date Paid | 6/7/2021 | 8/18/2021 | |

## Payment History

| Tax Year | Total Billed | Total Paid | Amount Unpaid |
|---|---|---|---|
| 2020 | $238.08 | $238.08 | $0.00 |
| 2019 | $206.36 | $206.36 | $0.00 |
| 2018 | $177.50 | $177.50 | $0.00 |

Show 10 More

## No Exemptions

## No Redemptions

## Farmland

| Land Type | Acres | EAV |
|---|---|---|
| Cropland | 3.6600 | 982 |
| Other Farmland | 20.3000 | 639 |
| Totals | 23.9600 | 1,621 |

Click to open Farmland Details

## No Genealogy Information

## Parcel Owner Information

| Name | Tax Bill | Address | Document # |
|---|---|---|---|
| LYNN M LOTZ | Y | PO BOX 37 MACOMB, IL, 61455 | |

## Related Names

| OWNER | LOTZ, LYNN M PO BOX 37 MACOMB, IL 61461 |
|---|---|
| Mailing Flags | Tax Bill                Change Notice |
| | Delinquent Notice    Exemption Notice |

## Sales History

| Year | Document # | Sale Type | Sale Date | Sold By | Sold To | Gross Price | Personal Property | Net Price |
|------|-----------|-----------|-----------|---------|---------|-------------|-------------------|-----------|
| 2000 | 2000P5600 | Other | 12/14/2000 | | | $45,600.00 | $0.00 | $45,600.00 |

## Taxing Bodies

| District | Tax Rate | Extension |
|----------|----------|-----------|
| MACOMB UNIT SCHOOL 185 | 6.313470 | $133.91 |
| CITY OF MACOMB SPECIAL USE FUNDS | 1.268040 | $26.90 |
| COUNTY TAX - SPECIAL USE FUNDS | 1.173960 | $24.87 |
| MACOMB PARK DISTRICT | 0.808820 | $17.16 |
| JUNIOR COLLEGE - 534 - SPOON RIVER | 0.667890 | $14.17 |
| MACOMB SPECIAL USE LIBRARY DIST | 0.289700 | $6.14 |
| COUNTY CORPORATE FUND | 0.261940 | $5.56 |
| MACOMB CITY CORPORATE FUND | 0.149230 | $3.17 |
| MACOMB AIRPORT AUTHORITY | 0.122360 | $2.60 |
| MACOMB CITY TWP CORPORATE | 0.094700 | $2.01 |
| MACOMB CITY TWP SPECIAL USE | 0.074820 | $1.59 |
| CITY/COUNTY BLDG COMMISSION | 0.000000 | $0.00 |
| MACOMB CORPORATE LIBRARY DIST | 0.000000 | $0.00 |
| TOTAL | 11.224930 | $238.08 |



- ● MACOMB UNIT SCHOOL 185
- ● CITY OF MACOMB SPECIAL USE F…
- ● COUNTY TAX - SPECIAL USE FUNDS
- ● MACOMB PARK DISTRICT
- ● JUNIOR COLLEGE - 534 - SPOON…
- ● MACOMB SPECIAL USE LIBRARY…
- ● COUNTY CORPORATE FUND
- ● MACOMB CITY CORPORATE FUND
- ● MACOMB AIRPORT AUTHORITY

▲ 1/2 ▼

## Disclaimers

IF YOU SEE DISCREPANCIES WITH YOUR APPRAISAL INFORMATION, PLEASE CONTACT YOUR TOWNSHIP ASSESSOR.

The property information included in this site is available to the general public for inquiry and review purposes only. The information is intended for individual use only. The site is not intended, or configured for automated data retrieval. The use of data crawler, robots and/or similar software programs for the purpose of automated data retrieval is expressly prohibited. Parties interested in acquiring bulk assessment/property characteristic data are advised to contact the Supervisor of Assessment's office. Parties interested in acquiring bulk tax payment or billing data are advised to contact the Treasurer's Office. They can provide data for a reasonable fee.

You may view and print records for personal use. The information cannot be shared, assigned, sold, leased, or otherwise made available to any other party. You may not copy, photocopy, distribute, sell, market or translate any information from this website without receiving the explicit written permission from McDonough County in advance, and then only under the conditions of any such permission. You may not use any of the data advertised on this website for the purpose of displaying it on another internet site, without receiving the advance written permission from McDonough County, and subject to the terms of any such permission.

Under Illinois State Law, these records are public information. The information published on this web site was valid at the time of publication, but is part of a working file which is updated regularly. Information is believed reliable, but its accuracy cannot be guaranteed. No warranty, expressed or implied, is provided for the data herein or its use. McDonough County Government reserves the right to make changes and improvements at any time and without notice, and assumes no liability for damages incurred directly or indirectly as a result of errors, omissions or discrepancies.

By using this website you acknowledge that you have read, understood and agreed to the above conditions.

## Property Information

| | | |
|---|---|---|
| **Parcel Number**<br>04-000-059-00 | **Site Address** | **Owner Name & Address**<br>LOTZ, CHARLES E & LYNN M<br>PO BOX 37<br>MACOMB, IL, 61455 |
| **Tax Year**<br>2020 (Payable 2021) ▼ | | |
| **Sale Status**<br>None | | |
| **Property Class**<br>0021 - Farmland | **Tax Code**<br>04005 - | **Tax Status**<br>Taxable |
| **Net Taxable Value**<br>9,016 | **Tax Rate**<br>9.543180 | **Total Tax**<br>$860.42 |
| **Township**<br>CHALMERS | **Acres**<br>41.6900 | **Mailing Address** |

**Legal Description**
S2 T5 R3 W 1/2 SE EX 21.99A & EX 393' OFF E SI

**Notes**
94-1104

---

No Photos or Sketches

---

No Structure Information

---

## Assessments

| Level | Homesite | Dwelling | Farm Land | Farm Building | Mineral | Total |
|---|---|---|---|---|---|---|
| DOR Equalized | 0 | 0 | 9,016 | 0 | 0 | 9,016 |
| Department of Revenue | 0 | 0 | 9,016 | 0 | 0 | 9,016 |
| Board of Review Equalized | 0 | 0 | 9,016 | 0 | 0 | 9,016 |
| Board of Review | 0 | 0 | 9,016 | 0 | 0 | 9,016 |
| S of A Equalized | 0 | 0 | 9,016 | 0 | 0 | 9,016 |
| Supervisor of Assessments | 0 | 0 | 9,016 | 0 | 0 | 9,016 |
| Township Assessor | 0 | 0 | 7,975 | 0 | 0 | 7,975 |
| Prior Year Equalized | 0 | 0 | 7,975 | 0 | 0 | 7,975 |

## Billing

| | 1st Installment<br>(Due 06/18/2021) | 2nd Installment<br>(Due 09/03/2021) | Totals |
|---|---|---|---|
| **Tax Billed** | $430.21 | $430.21 | $860.42 |
| **Penalty Billed** | $0.00 | $0.00 | $0.00 |
| **Cost Billed** | $0.00 | $0.00 | $0.00 |
| **Fees/Liens/SSA Billed** | $0.00 | $0.00 | $0.00 |
| **Total Billed** | $430.21 | $430.21 | $860.42 |
| **Amount Paid** | $430.21 | $430.21 | $860.42 |
| **Total Unpaid** | $0.00 | $0.00 | $0.00 |
| **Paid By** | MARINE BANK-Info-Pro Lender Services | MARINE BANK-Info-Pro Lender Services | |
| **Date Paid** | 6/7/2021 | 8/18/2021 | |

## Payment History

| Tax Year | Total Billed | Total Paid | Amount Unpaid |
|----------|--------------|------------|---------------|
| 2020 | $860.42 | $860.42 | $0.00 |
| 2019 | $747.54 | $747.54 | $0.00 |
| 2018 | $636.84 | $636.84 | $0.00 |
| | | Show 10 More | |

## No Exemptions

## No Redemptions

## Farmland

| Land Type | Acres | EAV |
|-----------|-------|-----|
| Cropland | 30.7100 | 8,664 |
| Other Farmland | 10.9800 | 352 |
| Totals | 41.6900 | 9,016 |

Click to open Farmland Details

## No Genealogy Information

## Parcel Owner Information

| Name | Tax Bill | Address | Document # |
|------|----------|---------|------------|
| CHARLES E & LYNN M LOTZ | Y | PO BOX 37 MACOMB, IL, 61455 | |

## Related Names

| OWNER | LOTZ, CHARLES E & LYNN M |
|-------|--------------------------|
| | PO BOX 37 |
| | MACOMB, IL 61455 |
| Mailing Flags | Tax Bill      Change Notice |
| | Delinquent Notice      Exemption Notice |

## Sales History

| Year | Document # | Sale Type | Sale Date | Sold By | Sold To | Gross Price | Personal Property | Net Price |
|------|-----------|-----------|-----------|---------|---------|-------------|-------------------|-----------|
| 1994 | 199410623 | Other | 3/3/1994 | | | $42,560.00 | $0.00 | $42,560.00 |

## Taxing Bodies

| District | Tax Rate | Extension |
|---|---|---|
| MACOMB UNIT SCHOOL 185 | 6.313470 | $569.22 |
| COUNTY TAX - SPECIAL USE FUNDS | 1.173960 | $105.85 |
| JUNIOR COLLEGE - 534 - SPOON RIVER | 0.667890 | $60.22 |
| CHALMERS TWP ROAD & BRIDGE | 0.516090 | $46.53 |
| CHALMERS TWP TAX | 0.413440 | $37.28 |
| COUNTY CORPORATE FUND | 0.261940 | $23.62 |
| EMMET-CHALMERS FIRE DISTRICT | 0.181510 | $16.36 |
| MTA 7 - MULTI-TOWNSHIP ASSESSOR | 0.014880 | $1.34 |
| CITY/COUNTY BLDG COMMISSION | 0.000000 | $0.00 |
| **TOTAL** | **9.543180** | **$860.42** |



- ● MACOMB UNIT SCHOOL 185
- ● COUNTY TAX - SPECIAL USE FUNDS
- ● JUNIOR COLLEGE - 534 - SPOON RIVER
- ● CHALMERS TWP ROAD & BRIDGE
- ● CHALMERS TWP TAX
- ● COUNTY CORPORATE FUND
- ● EMMET-CHALMERS FIRE DISTRICT
- ● MTA 7 - MULTI-TOWNSHIP ASSESSOR

## Disclaimers

IF YOU SEE DISCREPANCIES WITH YOUR APPRAISAL INFORMATION, PLEASE CONTACT YOUR TOWNSHIP ASSESSOR.

The property information included in this site is available to the general public for inquiry and review purposes only. The information is intended for individual use only. The site is not intended, or configured for automated data retrieval. The use of data crawler, robots and/or similar software programs for the purpose of automated data retrieval is expressly prohibited. Parties interested in acquiring bulk assessment/property characteristic data are advised to contact the Supervisor of Assessment's office. Parties interested in acquiring bulk tax payment or billing data are advised to contact the Treasurer's Office. They can provide data for a reasonable fee.

You may view and print records for personal use. The information cannot be shared, assigned, sold, leased, or otherwise made available to any other party. You may not copy, photocopy, distribute, sell, market or translate any information from this website without receiving the explicit written permission from McDonough County in advance, and then only under the conditions of any such permission. You may not use any of the data advertised on this website for the purpose of displaying it on another internet site, without receiving the advance written permission from McDonough County, and subject to the terms of any such permission.

Under Illinois State Law, these records are public information. The information published on this web site was valid at the time of publication, but is part of a working file which is updated regularly. Information is believed reliable, but its accuracy cannot be guaranteed. No warranty, expressed or implied, is provided for the data herein or its use. McDonough County Government reserves the right to make changes and improvements at any time and without notice, and assumes no liability for damages incurred directly or indirectly as a result of errors, omissions or discrepancies.

By using this website you acknowledge that you have read, understood and agreed to the above conditions.

## Property Information

| | | |
|---|---|---|
| **Parcel Number**<br>04-000-059-05 | **Site Address** | **Owner Name & Address**<br>LOTZ, CHARLES E & LYNN M<br>PO BOX 37<br>MACOMB, IL, 61455 |
| **Tax Year**<br>2020 (Payable 2021) ▼ | | |
| **Sale Status**<br>None | | |
| **Property Class**<br>0021 - Farmland | **Tax Code**<br>04005 - | **Tax Status**<br>Taxable |
| **Net Taxable Value**<br>4,659 | **Tax Rate**<br>9.543180 | **Total Tax**<br>$444.62 |
| **Township**<br>CHALMERS | **Acres**<br>19.2800 | **Mailing Address** |
| **Legal Description**<br>S2 T5 R3 PT W 1/2 SE EX .28A N END | | |
| **Notes**<br>94-4930 05-2737MP | | |

## No Photos or Sketches

## No Structure Information

## Assessments

| Level | Homesite | Dwelling | Farm Land | Farm Building | Mineral | Total |
|---|---|---|---|---|---|---|
| DOR Equalized | 0 | 0 | 4,659 | 0 | 0 | 4,659 |
| Department of Revenue | 0 | 0 | 4,659 | 0 | 0 | 4,659 |
| Board of Review Equalized | 0 | 0 | 4,659 | 0 | 0 | 4,659 |
| Board of Review | 0 | 0 | 4,659 | 0 | 0 | 4,659 |
| S of A Equalized | 0 | 0 | 4,659 | 0 | 0 | 4,659 |
| Supervisor of Assessments | 0 | 0 | 4,659 | 0 | 0 | 4,659 |
| Township Assessor | 0 | 0 | 4,164 | 0 | 0 | 4,164 |
| Prior Year Equalized | 0 | 0 | 4,164 | 0 | 0 | 4,164 |

## Billing

| | 1st Installment<br>(Due 06/18/2021) | 2nd Installment<br>(Due 09/03/2021) | Totals |
|---|---|---|---|
| Tax Billed | $222.31 | $222.31 | $444.62 |
| Penalty Billed | $0.00 | $0.00 | $0.00 |
| Cost Billed | $0.00 | $0.00 | $0.00 |
| Fees/Liens/SSA Billed | $0.00 | $0.00 | $0.00 |
| Total Billed | $222.31 | $222.31 | $444.62 |
| Amount Paid | $222.31 | $222.31 | $444.62 |
| Total Unpaid | $0.00 | $0.00 | $0.00 |
| Paid By | MARINE BANK-Info-Pro Lender Services | MARINE BANK-Info-Pro Lender Services | |
| Date Paid | 6/7/2021 | 8/18/2021 | |

## Payment History

| Tax Year | Total Billed | Total Paid | Amount Unpaid |
|---|---|---|---|
| 2020 | $444.62 | $444.62 | $0.00 |
| 2019 | $390.32 | $390.32 | $0.00 |
| 2018 | $338.06 | $338.06 | $0.00 |
| | | Show 10 More | |

## No Exemptions

## No Redemptions

## Farmland

| Land Type | Acres | EAV |
|---|---|---|
| Cropland | 14.6600 | 4,506 |
| Other Farmland | 4.6200 | 153 |
| Totals | 19.2800 | 4,659 |

Click to open Farmland Details

## No Genealogy Information

## Parcel Owner Information

| Name | Tax Bill | Address | Document # |
|---|---|---|---|
| CHARLES E & LYNN M LOTZ | Y | PO BOX 37 MACOMB, IL, 61455 | |

## Related Names

| OWNER | LOTZ, CHARLES E & LYNN M |
|---|---|
| | PO BOX 37 |
| | MACOMB, IL 61455 |
| Mailing Flags | Tax Bill     Change Notice |
| | Delinquent Notice     Exemption Notice |

## Sales History

| Year | Document # | Sale Type | Sale Date | Sold By | Sold To | Gross Price | Personal Property | Net Price |
|---|---|---|---|---|---|---|---|---|
| 2005 | 20052737 | Judgement Order | 7/5/2005 | | | $125,000.00 | $0.00 | $125,000.00 |

## Taxing Bodies

| District | Tax Rate | Extension |
|---|---|---|
| MACOMB UNIT SCHOOL 185 | 6.313470 | $294.14 |
| COUNTY TAX - SPECIAL USE FUNDS | 1.173960 | $54.71 |
| JUNIOR COLLEGE - 534 - SPOON RIVER | 0.667890 | $31.12 |
| CHALMERS TWP ROAD & BRIDGE | 0.516090 | $24.04 |
| CHALMERS TWP TAX | 0.413440 | $19.26 |
| COUNTY CORPORATE FUND | 0.261940 | $12.20 |
| EMMET-CHALMERS FIRE DISTRICT | 0.181510 | $8.46 |
| MTA 7 - MULTI-TOWNSHIP ASSESSOR | 0.014880 | $0.69 |
| CITY/COUNTY BLDG COMMISSION | 0.000000 | $0.00 |
| **TOTAL** | **9.543180** | **$444.62** |



- MACOMB UNIT SCHOOL 185
- COUNTY TAX - SPECIAL USE FUNDS
- JUNIOR COLLEGE - 534 - SPOON RIVER
- CHALMERS TWP ROAD & BRIDGE
- CHALMERS TWP TAX
- COUNTY CORPORATE FUND
- EMMET-CHALMERS FIRE DISTRICT
- MTA 7 - MULTI-TOWNSHIP ASSESSOR

## Disclaimers

IF YOU SEE DISCREPANCIES WITH YOUR APPRAISAL INFORMATION, PLEASE CONTACT YOUR TOWNSHIP ASSESSOR.

The property information included in this site is available to the general public for inquiry and review purposes only. The information is intended for individual use only. The site is not intended, or configured for automated data retrieval. The use of data crawler, robots and/or similar software programs for the purpose of automated data retrieval is expressly prohibited. Parties interested in acquiring bulk assessment/property characteristic data are advised to contact the Supervisor of Assessment's office. Parties interested in acquiring bulk tax payment or billing data are advised to contact the Treasurer's Office. They can provide data for a reasonable fee.

You may view and print records for personal use. The information cannot be shared, assigned, sold, leased, or otherwise made available to any other party. You may not copy, photocopy, distribute, sell, market or translate any information from this website without receiving the explicit written permission from McDonough County in advance, and then only under the conditions of any such permission. You may not use any of the data advertised on this website for the purpose of displaying it on another internet site, without receiving the advance written permission from McDonough County, and subject to the terms of any such permission.

Under Illinois State Law, these records are public information. The information published on this web site was valid at the time of publication, but is part of a working file which is updated regularly. Information is believed reliable, but its accuracy cannot be guaranteed. No warranty, expressed or implied, is provided for the data herein or its use. McDonough County Government reserves the right to make changes and improvements at any time and without notice, and assumes no liability for damages incurred directly or indirectly as a result of errors, omissions or discrepancies.

By using this website you acknowledge that you have read, understood and agreed to the above conditions.