**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re:<br><br>LYNN MARIE LOTZ and CHARLES EDWARD LOTZ,<br><br>            Debtors. | Chapter 11<br><br>Case No. 21-80593<br><br>Hon. Thomas L. Perkins |

**ORDER GRANTING MARINE BANK'S**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

This matter came before the Court on Marine Bank's *Motion for Relief from the Automatic Stay* (the "**Motion**") for entry of an order lifting the automatic stay with respect to certain real estate securing the obligations of Debtors Lynn Marie Lotz and Charles Edward Lotz (collectively, the "**Debtors**") to Marine Bank; and the Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334, this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), and

good cause justifies granting the Motion; and it is hereby **ORDERED** that the Motion is **GRANTED**:

1. The automatic stay imposed by the commencement of the above-captioned chapter 11 case is lifted with respect to Marine Bank solely with respect to the following property of the Debtors' estates to allow Marine Bank to foreclose on its interests in the following parcels of real estate: (i) the 23.96 acres of real estate in Macomb, Illinois bearing PIN 11-401-266-00; (ii) the 41.69 acres of real estate in Macomb, Illinois bearing PIN 04-000-059-00; (iii) the 19.28 acres of real estate in Macomb, Illinois bearing PIN 04-000-059-05; and (iv) the 19.28 acres of real estate in Chalmers Township, McDonough County, Illinois bearing PIN 04-000-059-05 (together, the "Relevant Collateral").

2. Marine Bank is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

3. The modification of the automatic stay with respect to the Relevant Collateral is without prejudice to Marine Bank's right to seek further modification of the automatic stay with respect to the balance of its Collateral or the collection of its Claim from the Debtor's bankruptcy estate.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Order Prepared By:
Catherine Steege
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654-3456

(312) 222-9350
csteege@jenner.com

###

3