**Fill in this information to identify the case:**

Debtor Name __Lynn M Lotz and Charles E Lotz__

United States Bankruptcy Court for the: Central District of Illinois

Case number: __21-80593__

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: __April__

Line of business: __Property Mgmt__

Date report filed: __05/17/2022__
MM / DD / YYYY

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:    Lynn M Lotz

Original signature of responsible party

Printed name of responsible party    Lynn M Lotz

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Lynn M Lotz and Charles E Lotz _____    Case number 21-80593 _____

17.  Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.   $ 177,271.00

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.   $ 42,857.00

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.   – $ 44,125.00

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.   + $ -1,268.00
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.   = $ 176,003.00

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 6,954.00
     *(Exhibit E)*

Debtor Name  Lynn M Lotz and Charles E Lotz                                    Case number 21-80593

---

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*.
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25. **Total receivables**                                                                      $  35,619.00

   *(Exhibit F)*

---

### 5. Employees

26.  What was the number of employees when the case was filed?                                          4

27.  What is the number of employees as of the date of this monthly report?                             3

---

### 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?      $  0.00

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $  9,409.10

30.  How much have you paid this month in other professional fees?                               $  3,600.00

31.  How much have you paid in total other professional fees since filing the case?              $  4,075.50

---

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | Column B | Column C |
|---|---|---|---|
|  | **Projected** — | **Actual** = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | Copy lines 20-22 of this report. | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 40,000.00 — | $ 42,857.00 = | $ 2,857.00 |
| 33. **Cash disbursements** | $ 38,000.00 — | $ 44,125.00 = | $ 6,125.00 |
| 34. **Net cash flow** | $ 2,000.00 — | $ 1,268.00 = | $ 732.00 |

35.  Total projected cash receipts for the next month:                                   $  40,000.00

36.  Total projected cash disbursements for the next month:                            - $  38,000.00

37.  Total projected net cash flow for the next month:                                 = $  2,000.00

---

Debtor Name  Lynn M Lotz and Charles E Lotz                                    Case number 21-80593

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

## EXHIBIT A April 2022

We have filed an extension for 2021 taxes.

Mortgage payment to Independent Financial Bank in the amount of $869.27 for April.

We owe for September, October, November, December, January, February and March.  Attempts were made to pay and Wells Fargo froze the checking account.  Wells Fargo bank account has appropriate funds to clear these payments.  Independent Financial Bank is still refusing payments at this point. Those payments for September, October, November, December, January, February, March and April in the amount of $869.27 each.

## Exhibit B

We have no DIP accounts, we were allowed to keep existing accounts open.

Question 14 – Annual accounting bill for 2021 in the amount of $3,600.00.

Cash Receipts

| Bank | Date | Amount |
|------|------|--------|
| Marine Bank xxx0698 | 4/29/2022 | $ 1.00 |
| Marine Bank xxx8861 | 4/4/2022 | $ 100.00 |
| | 4/4/2022 | $ 695.00 |
| | 4/4/2022 | $ 1,795.00 |
| | 4/4/2022 | $ 1,100.00 |
| | 4/4/2022 | $ 2,738.75 |
| | 4/4/2022 | $ 5,996.25 |
| | 4/5/2022 | $ 1,605.00 |
| | 4/5/2022 | $ 1,803.96 |
| | 4/8/2022 | $ 708.50 |
| | 4/12/2022 | $ 100.00 |
| | 4/12/2022 | $ 176.11 |
| | 4/12/2022 | $ 200.00 |
| | 4/12/2022 | $ 440.00 |
| | 4/18/2022 | $ 200.00 |
| | 4/18/2022 | $ 373.00 |
| | 4/18/2022 | $ 5,250.00 |
| | 4/19/2022 | $ 1,400.00 |
| | 4/22/2022 | $ 350.00 |
| | 4/26/2022 | $ 250.00 |
| | 4/28/2022 | $ 1,360.00 |
| | 4/29/2022 | $ 1,761.74 |
| Wells Fargo xxx6114 | 4/1/2022 | $ 1,690.00 |
| | 4/15/2022 | $ 0.08 |
| First Bankers Trust xxx0301 | 4/13/2022 | $ 3,029.00 |
| | 4/29/2022 | $ 0.79 |
| First Bankers Trust xxx8750 | 4/1/2022 | $ 1,500.00 |
| | 4/29/2022 | $ 0.26 |
| Fortress Bank xxx4793 | 4/8/2022 | $ 3,270.00 |
| | 4/8/2022 | $ 74.53 |
| | 4/14/2022 | $ 604.28 |
| | 4/22/2022 | $ 330.00 |
| | 4/22/2022 | $ 3,270.00 |
| | 4/22/2022 | $ 37.18 |
| | 4/25/2022 | $ 604.03 |
| | 4/25/2022 | $ 42.49 |
| | | |
| Total | | $ 42,856.95 |

Cash Disbursements

| Bank | Date Paid | Payee | Purpose | Amount |
|---|---|---|---|---|
| Marine Bank xxx8861 | 4/1/2022 | Ameren | Utilties | $262.23 |
| | 4/1/2022 | Ameren | Utilities | $401.32 |
| | 4/4/2022 | Apple | software storage | $0.99 |
| | 4/4/2022 | Comcast | phone/internet | $252.16 |
| | 4/4/2022 | Comcast | phone/internet | $313.34 |
| | 4/4/2022 | Appfolio | software | $379.00 |
| | 4/4/2022 | Health Alliance | insurance | $1,165.63 |
| | 4/5/2022 | West Side | materials | $37.02 |
| | 4/6/2022 | payroll transfer | payroll | $1,131.94 |
| | 4/6/2022 | Bath & Body works | supplies | $78.47 |
| | 4/6/2022 | McDonough Power | Utilities | $944.87 |
| | 4/6/2022 | Macomb City Waterworks | water | $96.03 |
| | 4/7/2022 | Serwin Williams | materials | $25.93 |
| | 4/7/2022 | Verizon Wireless | phone | $209.73 |
| | 4/8/2022 | Amazon | materials | $35.08 |
| | 4/13/2022 | West Side | materials | $7.15 |
| | 4/14/2022 | Hollister | materials | $134.57 |
| | 4/19/2022 | West Side | materials | $18.07 |
| | 4/19/2022 | Serwin Williams | materials | $10.17 |
| | 4/19/2022 | Ameren | Utilities | $29.60 |
| | 4/19/2022 | comcast | phone/internet | $258.48 |
| | 4/20/2022 | Marine Bank | mortgage | $102.01 |
| | 4/20/2022 | Marine Bank | mortgage | $102.76 |
| | 4/20/2022 | Marine Bank | mortgage | $8,158.75 |
| | 4/20/2022 | Illinois Secretary of State | license sticker | $36.00 |
| | 4/21/2022 | Wes Henness | contract labor | $446.00 |
| | 4/21/2022 | payroll transfer | payroll | $775.08 |
| | 4/21/2022 | Waste Management | garbage disposal | $254.22 |
| | 4/21/2022 | Cavanaugh Davies | 2022 accounting services | $3,600.00 |
| | 4/22/2022 | KT Properties | labor and materials | $4,072.47 |
| | 4/25/2022 | Whirpool | appliance | $630.06 |
| | 4/26/2022 | Amazon | materials | $15.83 |
| | 4/26/2022 | Country Insurance | insurance | $2,762.80 |
| | 4/28/2022 | payroll unemployment tax transfer | unemployment tax transfer | $45.36 |
| | 4/28/2022 | Ameren | utilities | $164.74 |
| | 4/29/2022 | Macomb City Waterworks | water | $177.04 |
| | 4/29/2022 | Build.com | materials | $242.57 |
| | 4/29/2022 | West Side | materials | $5.00 |
| | 4/29/2022 | Delta Dental | insurance | $45.28 |
| First Bankers Tst xx8750 | 4/18/2022 | Marine Bank | xfer of farm rent | $5,255.00 |
| | 4/18/2022 | Marine Bank | mortgage | $492.86 |
| | 4/27/2022 | Marine Bank | mortgage | $445.22 |
| Wells Fargo xxx6114 | 4/29/2022 | Duncan Roofing | contract labor for roof repair | $200.00 |
| Fortress Bank xxx4793 | 4/1/2022 | Ebay | vitamins | $32.35 |
| | 4/1/2022 | Fortress | mortgage | $1,786.33 |

Exhibit P

Cash Disbursements

| Date | Payee | Category | Amount |
|---|---|---|---|
| 4/4/2022 | Paramount Plus | entertainment | $9.99 |
| 4/4/2022 | Lamps Plus | supplies | $21.78 |
| 4/4/2022 | Monat | health and beauty | $150.94 |
| 4/4/2022 | walmart | home supplies | $174.03 |
| 4/4/2022 | HyVee | groceries | $237.14 |
| 4/4/2022 | US Bank | truck payment | $1,000.00 |
| 4/5/2022 | Lamps Plus | Housewares | $119.88 |
| 4/5/2022 | Amazon | pet supplies | $17.73 |
| 4/6/2022 | Wayfair | home supplies | $92.96 |
| 4/6/2022 | Amazon | health supplies | $79.32 |
| 4/7/2022 | Loves travel | fuel | $50.01 |
| 4/7/2022 | Caseys | fuel | $72.01 |
| 4/7/2022 | HyVee | groceries | $105.99 |
| 4/7/2002 | US Bank | truck payment | $933.07 |
| 4/8/2022 | Lowes | repairs | $290.82 |
| 4/8/2022 | Monat | health supplies | $346.50 |
| 4/11/2022 | prime | entertainment | $1.99 |
| 4/11/2022 | speedway | fuel | $20.02 |
| 4/11/2022 | Prestige | auto wash | $51.00 |
| 4/11/2022 | Gordon Food Service | food | $60.88 |
| 4/11/2022 | TJ Maxx | clothing & drapes | $233.13 |
| 4/12/2022 | Road Ranger | fuel | $53.01 |
| 4/12/2022 | Amazon | repairs | $8.49 |
| 4/13/2022 | Amazon | vitamins | $117.12 |
| 4/13/2022 | Amazon | pet supplies | $139.50 |
| 4/14/2022 | Amazon | home supplies | $30.18 |
| 4/15/2022 | walgreens | prescription | $29.15 |
| 4/15/2022 | Food Mart | fuel | $61.92 |
| 4/15/2022 | Home Goods | Housewares | $79.67 |
| 4/15/2022 | Vfinity | vitamins | $80.99 |
| 4/15/2022 | Home Goods | Housewares | $131.66 |
| 4/15/2022 | Target | clothes | $210.69 |
| 4/15/2022 | Cavanaugh Davies | accounting fees | $275.00 |
| 4/18/2022 | Red Robin | food | $49.30 |
| 4/18/2022 | HyVee | groceries | $126.00 |
| 4/18/2022 | Ticket Master | entertainment | $165.50 |
| 4/19/2022 | VRBO | travel expenses | $145.00 |
| 4/19/2022 | Vacasa | travel expenses | $661.10 |
| 4/21/2022 | HyVee | groceries | $51.35 |
| 4/21/2022 | hannah Huff | hair | $150.00 |
| 4/22/2022 | Chewy | pet supplies | $167.25 |
| 4/25/2022 | West Side | materials | $35.38 |
| 4/25/2022 | Larry A's | meals | $45.86 |
| 4/25/2022 | Hometown Café | meals | $49.00 |
| 4/25/2022 | HyVee | fuel | $53.00 |
| 4/25/2022 | Lowes | materials | $79.06 |
| 4/25/2022 | HomeGoods | Housewares | $79.67 |

Cash Disbursements

| 4/25/2022 | IKEA | Housewares | $81.19 |
|---|---|---|---|
| 4/25/2022 | HyVee | groceries | $112.87 |
| 4/25/2022 | amazon | furniture | $116.61 |
| 4/26/2022 | prime | entertainment | $12.99 |
| 4/26/2022 | walmart | groceries/home supplies | $265.31 |
| 4/27/2022 | HyVee | groceries | $109.59 |
| 4/27/2022 | Binnys | entertainment | $435.85 |
| 4/28/2022 | Amazon | furniture | $207.35 |

Total $44,125.31

| Date | owed to | purpose | amount |
|---|---|---|---|
| 9/1/2021 | Independent Financial Bank | mortgage | 869.27 |
| 10/1/2021 | Independent Financial Bank | mortgage | 869.27 |
| 11/1/2021 | Independent Financial Bank | mortgage | 869.27 |
| 12/1/2021 | Independent Financial Bank | mortgage | 869.27 |
| 1/1/2022 | Independent Financial Bank | mortgage | 869.27 |
| 2/1/2022 | Independent Financial Bank | mortgage | 869.27 |
| 3/14/2022 | Independent Financial Bank | mortgage | 869.27 |
| 4/1/2022 | Independent Financial Bank | mortgage | 869.29 |
| | Total | | 6954.18 |

| Who | How Much | | |
|---|---|---|---|
| C Taylor restitution | $7,178.00 | | |
| Kendall Spoor | $10,019.50 | | |
| State Police commercial rental | $15,817.10 | due for Dec,Jan, Feb, Mar, Apr | ($3,163.42/month) |
| Jennifer Howell | $2,304.00 | | |
| Total | $35,318.60 | | |



# First Bankers
# Trust Company
PO Box 3566 | Quincy, IL 62305

## Statement Ending 04/29/2022
*Page 1 of 2*

**ADDRESS SERVICE REQUESTED**

CHARLES E LOTZ
LYNN M LOTZ
C/O COLLEEN CRAMBLET
PO BOX 318
MONMOUTH IL 61462-0318

## Managing Your Accounts

| | | |
|---|---|---|
|  | Phone Number | 877-228-8001 |
|  | Electronic Banking Center | 877-587-8018 |
|  | Mailing Address | P O Box 3566, Quincy, IL 62305 |
|  | Website | www.firstbankers.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| NOW SENIORS | 8750 | $28,887.53 |

# NOW SENIORS·   8750

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/01/2022 | Beginning Balance | $33,580.35 |
| | 2 Credit(s) This Period | $1,500.26 |
| | 3 Debit(s) This Period | $6,193.08 |
| 04/29/2022 | Ending Balance | $28,887.53 |

### Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.01% |
| Interest Days | 29 |
| Interest Earned | $0.26 |
| Interest Paid This Period | $0.26 |
| Interest Paid Year-to-Date | $0.61 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/01/2022 | Beginning Balance | | | $33,580.35 |
| 04/01/2022 | TRANSFER TO DDA          8750 CHARLES LOTZ | | $1,500.00 | $35,080.35 |
| 04/18/2022 | MISCELLANEOUS DEBIT | $5,255.00 | | $29,825.35 |
| 04/18/2022 | PAYMENT TO COMMERCIAL NON-ACCL LOAN 414320 | $492.86 | | $29,332.49 |
| 04/27/2022 | PAYMENT TO COMMERCIAL NON-ACCL LOAN 485668 | $445.22 | | $28,887.27 |
| 04/29/2022 | INTEREST | | $0.26 | $28,887.53 |
| 04/29/2022 | Ending Balance | | | $28,887.53 |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 04/01/2022 | $35,080.35 | 04/27/2022 | $28,887.27 |
| 04/18/2022 | $29,332.49 | 04/29/2022 | $28,887.53 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |



Member **FDIC**
EQUAL HOUSING LENDER



# First Bankers Trust Company

PO Box 3566 | Quincy, IL 62305

## *Statement Ending 04/29/2022*

*Page 1 of 2*

**ADDRESS SERVICE REQUESTED**

CHARLES E LOTZ
LYNN M LOTZ
C/O COLLEEN CRAMBLET ;SSI ACCT
PO BOX 318
MONMOUTH IL 61462-0318

## *Managing Your Accounts*

| | | |
|---|---|---|
|  | Phone Number | 877-228-8001 |
|  | Electronic Banking Center | 877-587-8018 |
|  | Mailing Address | P O Box 3566, Quincy, IL 62305 |
| | Website | www.firstbankers.com |

## *Summary of Accounts*

| Account Type | Account Number | Ending Balance |
|---|---|---|
| NOW SENIORS | 0301 | $100,891.43 |

## NOW SENIORS-      0301

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/01/2022 | **Beginning Balance** | **$97,861.64** |
| | 2 Credit(s) This Period | $3,029.79 |
| | 0 Debit(s) This Period | $0.00 |
| 04/29/2022 | **Ending Balance** | **$100,891.43** |

### Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.01% |
| Interest Days | 29 |
| Interest Earned | $0.79 |
| Interest Paid This Period | $0.79 |
| Interest Paid Year-to-Date | $3.42 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/01/2022 | **Beginning Balance** | | | **$97,861.64** |
| 04/13/2022 | SSA TREAS 310 XXSOC SEC XXXXX2257A SSA | | $3,029.00 | $100,890.64 |
| 04/29/2022 | INTEREST | | $0.79 | $100,891.43 |
| 04/29/2022 | **Ending Balance** | | | **$100,891.43** |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 04/13/2022 | $100,890.64 | 04/29/2022 | $100,891.43 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |



Member FDIC
EQUAL HOUSING LENDER



## FORTRESS
— BANK —

Page: 1 of 6

Account: 4793

**LYNN M LOTZ**
**CHARLES E LOTZ**
**2000 LAKEWOOD DR**
**PO BOX 37**
**MACOMB, IL 61455-2686**

PERIODIC STATEMENT
Date: Apr 30, 2022
Period: Apr 01, 2022 to Apr 30, 2022
 (30 Days )
Enclosures: 3

On 07-01-20 Funds Availability is changed.  Increased immediately
available for withdrawal not subject to next day availability, from $200
to $225. The amount for large deposits, repeated overdrafts, & new
accounts will increase from $5,000 to $5,525.

## Express Checking

### ACCOUNT : CK - 4793

**Lynn M Lotz**
**Charles E Lotz**

## Account Summary

| | |
|---|---:|
| Beginning Balance as of 04/01/22 | 7,158.72 |
| Deposits & Other Credits | 8,232.76 |
| Charges & Fees | 0.00 |
| Checks & Other Debits | 10,543.71 |
| Average Balance | 4,461.95 |
| Ending Balance as of 04/30/22 | 4,847.77 |

## Deposits and Withdrawals Transaction Information

| Date / Number | Transaction Description | Debit Amount | Credit Amount |
|---|---|---|---:|
| 04/08 | ACH Credit PAYROLL ANIMAL MEDICAL C ID1371033157 ANIMAL MEDICAL CENTER PAYROLL | | 3,270.00 |
| 04/08 | ATM POS Credit  LOWES #00474* LOUISVILLE KY #1263 #MRH | | 74.53 |
| 04/14 | Deposit | | 604.28 |
| 04/22 | ACH Credit CASHOUT VENMO ID5264681992 | | 330.00 |
| 04/22 | ACH Credit PAYROLL ANIMAL MEDICAL C ID1371033157 ANIMAL | | |



**FORTRESS**
— BANK —

## Deposits and Withdrawals Transaction Information

| Date / Number | Transaction Description | Debit Amount | Credit Amount |
|---|---|---|---|
| | MEDICAL CENTER PAYROLL | | 3,270.00 |
| 04/22 | ATM POS Credit  HOMEGOODS.COM FRAMINGHAM MA #1263 #MRH | | 37.18 |
| 04/25 | Deposit | | 604.28 |
| 04/25 | ATM POS Credit  HOMEGOODS.COM FRAMINGHAM MA #1263 #MRH | | 42.49 |
| 04/01 | ATM POS Debit  eBay O*01-08456-93061 San Jose CA #1263 #MRH | 32.35 | |
| 04/01 | Tfr to XXXXXXXX4760 April Mortgage Lotz, Charles E | 1,786.33 | |
| 04/04 | ATM POS Debit  PARAMOUNT+ 8882745343 CA #1263 #MRH | 9.99 | |
| 04/04 | ATM POS Debit  LAMPS PLUS - 52 8666348440 CA #1263 #MRH | 21.78 | |
| 04/04 | ATM POS Debit  MONAT GLOBAL CORP (844)696-6628 FL #1263 #MRH | 150.94 | |
| 04/04 | ATM POS Debit WM SUPERCENTER Wal-Mart Super Cen MACOMB IL #1263 #01970024 | 174.03 | |
| 04/04 | ATM POS Debit HY-VEE MACOMB 14 HY VEE 1420 MACOMB IL #1263 #1420000400 | 237.14 | |
| 04/04 | ACH Debit PAYMENT U.S. BANK N.A. ID4441540853 Telephone Initiated Transaction- | 1,000.00 | |
| 04/05 | ATM POS Debit  LAMPS PLUS - 52 8666348440 CA #1263 #MRH | 119.88 | |
| 04/05 | ACH Debit INTERNET AMAZON.COM SERVI ID9049016352 Internet Initiated Transaction- | 17.73 | |
| 04/06 | ATM POS Debit  WF WAYFAIR3736349831 8662638325 MA #1263 #MRH | 92.96 | |
| 04/06 | ACH Debit INTERNET AMAZON.COM SERVI ID9049016352 Internet Initiated Transaction- | 79.32 | |
| 04/07 | ATM POS Debit LOVES TRAVEL S 5115 N 300 E WHITELAND IN #1263 #08111101 | 50.01 | |
| 04/07 | ATM POS Debit  CASEYS #3338 MACOMB IL #1263 #MRH | 72.01 | |
| 04/07 | ATM POS Debit  HY-VEE AISLES ONLINE 4 515-267-2800 IA #1263 #MRH | 105.55 | |
| 04/07 | ACH Debit PAYMENT U.S. BANK N.A. ID4441540853 Telephone Initiated Transaction- | 933.07 | |
| 04/08 | ATM POS Debit LOWE S #474 501 S. HURSTBOURNE PKWY | | |



**FORTRESS**
— BANK —

Page: 3 of 6
Account:    4793

## Deposits and Withdrawals Transaction Information

| Date / Number | Transaction Description | Debit Amount | Credit Amount |
|---|---|---|---|
| 04/08 | LOUISVILLE KY #1263 #000001 ATM POS Debit  MONAT GLOBAL CORP (844)696-6628 FL #1263 #MRH | 290.82 | |
| 04/11 | ATM POS Debit  Prime Video*1A7KH68B1 888-802-3080 WA #1263 #MRH | 346.50 | |
| 04/11 | ATM POS Debit Speedway 8015 S Speedway 8015 Shelbyv Louisville KY #1263 #90939201 | 1.99 | |
| 04/11 | ATM POS Debit  PRESTIGECA* PRESTIGE C LOUISVILLE KY #1263 #MRH | 20.02 | |
| 04/11 | ATM POS Debit GFS STORE #0510 641 S Hurstbourne Louisville KY #1263 #10000300 | 51.00 | |
| 04/11 | ATM POS Debit TJMAXX #0212 4044 TAYLORSVILLE LOUISVILLE KY #1263 #25397001 | 60.88 | |
| 04/12 | ATM POS Debit  ROAD RANGER #226 GREENWOOD IN #1263 #MRH | 233.13 | |
| 04/12 | ACH Debit INTERNET AMAZON MARKETPLA ID9049016352 Internet Initiated Transaction- | 53.01 | |
| 04/13 | ATM POS Debit   AMAZON.COM SEATTLE WA #1263 #00000101 | 8.49 | |
| 04/13 | ATM POS Debit   AMAZON.COM SEATTLE WA #1263 #00000101 | 117.12 | |
| 04/14 | ACH Debit INTERNET AMAZON.COM SERVI ID9049016352 Internet Initiated Transaction- | 139.50 | |
| 04/15 | ATM POS Debit  WALGREENS #2206 MACOMB IL #1263 #MRH | 30.18 | |
| 04/15 | ATM POS Debit MNA FOOD MART 705 West Clinton S Rushville IL #1263 #64688901 | 29.51 | |
| 04/15 | ATM POS Debit  HOMEGOODS.COM 800-926-6299 MA #1263 #MRH | 61.92 | |
| 04/15 | ATM POS Debit  VFINITY 844-8346489 FL #1263 #MRH | 79.67 | |
| 04/15 | ATM POS Debit HOMEGOODS 0809 2951 W ILES AVE SPRINGFIELD IL #1263 #53399001 | 80.99 | |
| 04/15 | ATM POS Debit TARGET T-0670 3445 Freedom Dr Springfield IL #1263 #30670174 | 131.66 | |
| 04/15 | ACH Debit eCheck Cavanaugh Davies ID4721601420 Internet Initiated Transaction- | 210.69 | |
| 04/18 | ATM POS Debit  RED ROBIN NO | 275.00 | |



**FORTRESS**
— BANK —

## Deposits and Withdrawals Transaction Information

| Date / Number | Transaction Description | Debit Amount | Credit Amount |
|---|---|---|---|
| 04/18 | 520 SPRINGFIELD IL #1263 #MRH ATM POS Debit HY-VEE MACOMB 14 HY VEE 1420 MACOMB IL #1263 #1420000400 | 49.30 | |
| 04/18 | ATM POS Debit  TM *ABBA MANIA 800-653-8000 CA #1263 #MRH | 126.00 | |
| 04/18 | ATM POS Debit  MONAT GLOBAL CORP (844)696-6628 FL #1263 #MRH | 165.50 | |
| 04/19 | ATM POS Debit  Vrbo Fee 512-759-0902 TX #1263 #MRH | 214.31 | |
| 04/19 | ATM POS Debit  VACASA 888-261-0092 TN #1263 #MRH | 145.00 | |
| 04/21 2724 | ACH Debit HY VEE BOC Hy Vee ID7420325638 | 661.10 | |
| 04/21 | ACH Debit PAYMENT VENMO ID3264681992 Internet Initiated Transaction- | 51.35 | |
| 04/22 | ATM POS Debit  CHEWY.COM 800-672-4399 FL #1263 #MRH | 150.00 | |
| 04/25 | ATM POS Debit ACE HARDWARE 1301 W JACKSON MACOMB IL #1263 #06677219 | 167.25 | |
| 04/25 | ATM POS Debit  LARRY A S PIZZA MACOMB IL #1263 #MRH | 35.38 | |
| 04/25 | ATM POS Debit  HOMETOWN CAFE INC MACOMB IL #1263 #MRH | 45.86 | |
| 04/25 | ATM POS Debit HY-VEE F&F MACOMB HY VEE GAS 5420 MACOMB IL #1263 #20005700 | 49.00 | |
| 04/25 | ATM POS Debit  LOWES #01680* 217-228-4250 IL #1263 #MRH | 53.00 | |
| 04/25 | ATM POS Debit  HOMEGOODS.COM 800-926-6299 MA #1263 #MRH | 79.06 | |
| 04/25 | ATM POS Debit  IKEA CLICK 8884344532 MD #1263 #MRH | 79.67 | |
| 04/25 | ATM POS Debit HY-VEE MACOMB 14 HY VEE 1420 MACOMB IL #1263 #1420000500 | 81.19 | |
| 04/25 | ATM POS Debit   AMAZON.COM SEATTLE WA #1263 #00000101 | 112.87 | |
| 04/26 | ATM POS Debit  Prime Video*107DN4D80 888-802-3080 WA #1263 #MRH | 116.61 | |
| 04/26 2725 | ACH Debit PURCHASE WAL-MART STORES ID9049999973 MACO  IL | 12.99 | |
| 04/27 | ATM POS Debit HY-VEE MACOMB 14 HY VEE 1420 MACOMB IL #1263 #1420000400 | 265.31 | |
| 04/27 | ATM POS Debit  BINNYS BEVERAGE DEPOT 888-9429463 IL | 109.59 | |



**FORTRESS**
—— BANK ——

Page: 5 of 6

Account:    1793

## Deposits and Withdrawals Transaction Information

| Date / Number | Transaction Description | Debit Amount | Credit Amount |
|---|---|---|---|
| 04/28 | #1263 #MRH ACH Debit INTERNET AMAZON MARKETPLA ID9049016352 Internet Initiated | 435.85 | |
| | Transaction- | 207.35 | |

## Checks Cleared

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 04/05 | 2722 | 25.00 | 04/26 | 2725 ^ | 265.31 |
| 04/21 | 2724 *^ | 51.35 | | | |

\* = Break in the check number order.

^ = Electronic check.

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/01 | 5,340.04 | 04/12 | 4,529.32 | 04/22 | 5,884.73 |
| 04/04 | 3,746.16 | 04/13 | 4,272.70 | 04/25 | 5,878.86 |
| 04/05 | 3,583.55 | 04/14 | 4,846.80 | 04/26 | 5,600.56 |
| 04/06 | 3,411.27 | 04/15 | 3,977.36 | 04/27 | 5,055.12 |
| 04/07 | 2,250.63 | 04/18 | 3,422.25 | 04/28 | 4,847.77 |
| 04/08 | 4,957.84 | 04/19 | 2,616.15 | 04/30 | 4,847.77 |
| 04/11 | 4,590.82 | 04/21 | 2,414.80 | | |

## Charges and Fees Related to Overdrafts and Returned Items

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees: | 0.00 | 0.00 |
| Total Returned Items Fees: | 0.00 | 0.00 |



04/14/2022  Deposit  $604.28



04/25/2022  Deposit  $604.28



04/05/2022   2722   $25.00

# WELLS FARGO

COMPLETE

## ADVANTAGE(RM)

Account
Routing Numbers 6114

**$12,708.04**
Available balance

### Activity Summary

| | |
|---|---|
| **Current posted balance** | $12,708.04 |
| **Pending withdrawals/debits** | $0.00 |
| **Pending deposits/credits** | $0.00 |
| **Available balance** | **$12,708.04** |

Routing numbers

## Activity

First
Previous
Next

| Date | Description | Deposits/Credits | Withdrawals/Debits | Ending Daily Balance |
|---|---|---|---|---|
| **ending Transactions** | | | | |
| No pending transactions to view. | | | | |
| **osted Transactions** | | | | |
| 05/16/22 | INTEREST PAYMENT | $0.10 | | $12,708.04 |
| | | | | |
| Totals | | $5,070.25 | $200.00 | |

Case 21-80593    Doc 231    Filed 05/18/22    Entered 05/18/22 09:55:51    Desc Main
Document    Page 21 of 29

| Date | Description | Deposits/Credits | Withdrawals/Debits | Ending Daily Balance |
|---|---|---|---|---|
| 05/02/22 | eDeposit in Branch/Store 05/02/22 11:39:49 AM 2820 FLOWER MOUND RD FLOWER MOUND TX View Details | $1,690.00 | | $12,707.94 |
| 04/29/22 | CHECK # 262 🔍 | | $200.00 | $11,017.94 |
| 04/15/22 | INTEREST PAYMENT | $0.08 | | $11,217.94 |
| 04/01/22 | eDeposit in Branch/Store 04/01/22 09:23:01 AM 2820 FLOWER MOUND RD FLOWER MOUND TX View Details | $1,690.00 | | $11,217.86 |
| 03/15/22 | INTEREST PAYMENT | $0.07 | | $9,527.86 |
| 03/01/22 | eDeposit in Branch/Store 03/01/22 03:39:01 PM 2820 FLOWER MOUND RD FLOWER MOUND TX View Details | $1,690.00 | | $9,527.79 |
| Totals | | $5,070.25 | $200.00 | |

Back to top

First

5/17/22, 11:04 AM    Case 21-80593    Doc 231    Filed 05/18/22    Account Detail - Wells Fargo    Entered 05/18/22 09:55:51    Desc Main
Document    Page 22 of 29

Previous

Next



My Wells Fargo Deals (1)    ?

More Deals

**5% cash back**

Activate ⊕

Terms and Conditions

---

\*Account Disclosures

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.

⌂ Equal Housing Lender

**Marine Bank**

Checking
*0698

Current Balance:
$25,112.86

Available Balance:
$25,112.86

| Date | Description | Category | Amount | Balance |
|------|-------------|----------|--------|---------|
| Friday, April 29, 2022 | INTEREST PAID | | $1.00 | $25,112.86 |

Transaction Range: April 01, 2022 - April 30, 2022

Printed: May 17, 2022 11:06AM

# MARINE BANK

3050 Wabash Ave, Springfield, IL 62704

| | |
|---|---|
| Customer Help Desk | (217) 726-0660 |
| 24 hour Account Information | (800) 811-4190 |
| Online | www.ibankmarine.com |
| Springfield, IL | (217) 726-0600 |
| Champaign, IL | (217) 239-0100 |

LOTZ PROPERTY MANAGEMENT
CREDIT CARD ACCOUNT
ATTN COLLEEN CRAMBLET
PO BOX 318
MONMOUTH IL 61462-0318

Statement Date: **04/29/2022**                              Account No.:   *********861  Page:  1

## *HOME OF THE FREE CHECKING SUMMARY*

Type :  **REG   Status :   Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 03/31/22 | | 6,431.15 |
| Deposits | 9 | 9,229.11 + |
| Debits | 8 | 7,506.33 |
| Automatic Withdrawals | 23 | 20,501.34 |
| Automatic Deposits | 12 | 19,174.20 + |
| Card Activity | 10 | 1,055.43 |
| Ending Balance On 04/29/22 | | 5,771.36 |
| Average Balance (Ledger) | 12,940.26 + | |

**Direct Inquiries About Electronic Entries To:**
MARINE BANK
3050 WABASH AVE
SPRINGFIELD IL 62704-6413
Phone: (217) 726-0660

## *ALL CREDIT ACTIVITY*

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 04/04/22 | 1 | 100.00 | 04/12/22 | 1 | 176.11 | 04/18/22 | 1 | 200.00 |
| 04/04/22 | 1 | 695.00 | 04/12/22 | 1 | 200.00 | 04/18/22 | 1 | 373.00 |
| 04/04/22 | 1 | 1,795.00 | 04/12/22 | 1 | 440.00 | 04/18/22 | 1 | 5,250.00 |

| Date | Description | Amount |
|---|---|---|
| 04/04/22 | APPFOLIO INC 8666481536 | 1,100.00 |
| 04/04/22 | CHARLES E. AND L SETTLEMENT | 2,738.75 |
| 04/04/22 | CHARLES E. AND L SETTLEMENT | 5,996.25 |
| 04/05/22 | CHARLES E. AND L SETTLEMENT | 1,605.00 |
| 04/05/22 | APPFOLIO INC 8666481536 | 1,803.96 |
| 04/08/22 | CHARLES E. AND L SETTLEMENT | 708.50 |
| 04/12/22 | CHARLES E. AND L SETTLEMENT | 100.00 |
| 04/19/22 | CHARLES E. AND L SETTLEMENT | 1,400.00 |
| 04/22/22 | CHARLES E. AND L SETTLEMENT | 350.00 |
| 04/26/22 | CHARLES E. AND L SETTLEMENT | 250.00 |
| 04/28/22 | CHARLES E. AND L SETTLEMENT | 1,360.00 |
| 04/29/22 | CHARLES E. AND L SETTLEMENT | 1,761.74 |

**Continued**          19/366/1

# MARINE BANK

3050 Wabash Ave, Springfield, IL 62704

| | |
|---|---|
| Customer Help Desk | (217) 726-0600 |
| Account Information | (800) 811-4190 |
| Online | www.ibankmarine.com |

| | |
|---|---|
| Springfield, IL | (217) 726-0600 |
| Champaign, IL | (217) 239-0100 |

*LOTZ PROPERTY MANAGEMENT
CREDIT CARD ACCOUNT
ATTN COLLEEN CRAMBLET
PO BOX 318
MONMOUTH IL 61462-0318

Statement Date: **04/29/2022**                    Account No.:    *********861  Page:  **2**

## *ELECTRONIC DEBITS*

| Date | Description | Amount |
|---|---|---|
| 04/01/22 | SPEEDPAY AMERENIL | 262.23 |
| 04/01/22 | SPEEDPAY AMERENIL | 401.32 |
| 04/04/22 | 6963 PMT DB APPLE COM BILL CUPERTINO CA (04/04/22 14:49:17) | 0.99 |
| 04/04/22 | COMCAST CABLE | 252.16 |
| 04/04/22 | COMCAST CABLE | 313.34 |
| 04/04/22 | APPFOLIO SAAS | 379.00 |
| 04/04/22 | HEALTH ALLIANCE WEB PMTS | 1,165.63 |
| 04/05/22 | 6963 VSA PUR ACE HARDWARE MACOMB IL (04/05/22 09:31:02) | 37.02 |
| 04/06/22 | PAYROLL 4/8/22-INTERNET TRANSFER FROM CHK 8861 TO CHK 2108 2499871 | 1,131.94 |
| 04/06/22 | 6963 VSA PUR BATH BODYWORKS.COM REYNOLDSBURG OH (04/05/22 13:41:44) | 78.47 |
| 04/07/22 | 6963 VSA PUR SHERWIN WILLIAMS 703064 MACOMB IL (04/07/22 07:04:50) | 25.93 |
| 04/07/22 | VZ WIRELESS VE VZW WEBPAY | 209.73 |
| 04/08/22 | AMAZON MARKETPLA INTERNET | 35.08 |
| 04/13/22 | 6963 VSA PUR ACE HARDWARE MACOMB IL (04/13/22 09:49:17) | 7.15 |
| 04/19/22 | 6963 VSA PUR ACE HARDWARE MACOMB IL (04/19/22 10:09:24) | 18.07 |
| 04/19/22 | 6963 VSA PUR SHERWIN WILLIAMS 703064 MACOMB IL (04/19/22 11:58:54) | 10.17 |
| 04/19/22 | SPEEDPAY AMERENIL | 29.60 |
| 04/19/22 | COMCAST CABLE | 258.48 |
| 04/20/22 | TRANSFER TO LOANS **887- 90 | 102.01 |
| 04/20/22 | TRANSFER TO LOANS **887- 75 | 102.76 |
| 04/20/22 | TRANSFER TO LOANS **887- 80 | 8,158.75 |
| 04/20/22 | JP ILSOS VEH ILSOS VEH | 36.00 |
| 04/21/22 | PAYROLL 4/22/22-INTERNET TRANSFER FROM CHK 8861 TO CHK 2108 6977972 | 775.08 |
| 04/21/22 | WASTE MANAGEMENT INTERNET | 254.22 |
| 04/21/22 | CAVANAUGH DAVIES ECHECK | 3,600.00 |
| 04/25/22 | 6963 VSA PUR WHIRLPOOL APPLIANCES 800-253-1301 MI (04/24/22 14:07:12) | 630.06 |
| 04/26/22 | AMAZON MARKETPLA INTERNET | 15.83 |
| 04/26/22 | COUNTRY INS. PAYMENT | 2,762.80 |
| 04/28/22 | STATE UNEMPLOYMENT TAX-INTERNET TRANSFER FROM CHK 8861 TO CHK 2108 7416385 | 45.36 |
| 04/28/22 | SPEEDPAY AMERENIL | 164.74 |
| 04/29/22 | 6963 VSA PUR BUILD.COM 800-375-3403 CA (04/29/22 08:21:38) | 242.57 |
| 04/29/22 | 6963 VSA PUR ACE HARDWARE MACOMB IL (04/29/22 10:23:24) | 5.00 |
| 04/29/22 | DELTA DENTAL WI IDP PYMNT | 45.28 |

**Continued**    19/366/2

# MARINE BANK

3050 Wabash Ave, Springfield, IL 62704

| | |
|---|---|
| Customer Help Desk | (217) 726-0600 |
| Toll Free Information | (800) 811-4190 |
| Online | www.ibankmarine.com |
| Springfield, IL | (217) 726-0600 |
| Champaign, IL | (217) 239-0100 |

*LOTZ PROPERTY MANAGEMENT
CREDIT CARD ACCOUNT
ATTN COLLEEN CRAMBLET
PO BOX 318
MONMOUTH IL 61462-0318

Statement Date: **04/29/2022**

Account No.:   *********861  Page:  3

## CHECKS AND OTHER DEBITS

* indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 04/04/22 | 5403 | 1,625.00 | 04/11/22 | 5406 | 944.87 | 04/25/22 | 5409 | 446.00 |
| 04/06/22 | 5404 | 182.39 | 04/11/22 | 5407 | 96.03 | 04/25/22 | 5410 | 4,072.47 |
| 04/04/22 | 5405 | 5.00 | 04/19/22 | 5408 | 134.57 | | | |

## DAILY BALANCE SUMMARY

Beginning Ledger Balance on 03/31/22 was 6,431.15

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/01/22 | 5,767.60 | 04/11/22 | 15,827.48 | 04/21/22 | 10,479.73 |
| 04/04/22 | 14,451.48 | 04/12/22 | 16,743.59 | 04/22/22 | 10,829.73 |
| 04/05/22 | 17,823.42 | 04/13/22 | 16,736.44 | 04/25/22 | 5,681.20 |
| 04/06/22 | 16,430.62 | 04/18/22 | 22,559.44 | 04/26/22 | 3,152.57 |
| 04/07/22 | 16,194.96 | 04/19/22 | 23,508.55 | 04/28/22 | 4,302.47 |
| 04/08/22 | 16,868.38 | 04/20/22 | 15,109.03 | 04/29/22 | 5,771.36 |

## OVERDRAFT FEE SUMMARY

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**This Statement Cycle Reflects 29 Days**

IDENTITY THEFT/PHISHING - DON'T GET CAUGHT.  WE WILL NOT
COMMUNICATE WITH YOU BY E-MAIL REQUESTING ANY PERSONAL
INFORMATION SUCH AS ACCOUNT NUMBERS, DATE OF BIRTH OR SSN.
IF YOU RECEIVE SUCH A REQUEST, PLEASE CONTACT US IMMEDIATELY

# MARINE BANK

LOTZ PROPERTY MANAGEMENT
Account No. :     *********861
Stmt. Date :      04/29/2022

Bank :      266
Images :     17
Page :         4

## IMAGE STATEMENT



**AMT: 100.00  STS: Deposit**
**CHK: 1  DATE: 04/04/2022 SEQ: 63602030**



**AMT: 695.00  STS: Deposit**
**CHK: 1  DATE: 04/04/2022 SEQ: 63602090**



**AMT: 1,795.00  STS: Deposit**
**CHK: 1  DATE: 04/04/2022 SEQ: 63602050**



**AMT: 176.11  STS: Deposit**
**CHK: 1  DATE: 04/12/2022 SEQ: 61101940**



**AMT: 200.00  STS: Deposit**
**CHK: 1  DATE: 04/12/2022 SEQ: 61101960**



**AMT: 440.00  STS: Deposit**
**CHK: 1  DATE: 04/12/2022 SEQ: 61101980**





**AMT: 200.00  STS: Deposit**
**CHK: 1  DATE: 04/18/2022 SEQ: 62601040**




**AMT: 373.00  STS: Deposit**
**CHK: 1  DATE: 04/18/2022 SEQ: 62601020**



| | |
|---|---|
| LOTZ PROPERTY MANAGEMENT | Bank : 266 |
| Account No. : **********861 | Images : 17 |
| Stmt. Date : 04/29/2022 | Page : 5 |

## IMAGE STATEMENT



**AMT: 5,250.00  STS: Deposit**
**CHK: 1  DATE: 04/18/2022 SEQ: 62601000**



**AMT: 182.39  STS: Paid**
**CHK: 5404  DATE: 04/06/2022 SEQ: 80400620**



**AMT: 5.00  STS: Paid**
**CHK: 5405  DATE: 04/04/2022 SEQ: 80000220**



**AMT: 944.87  STS: Paid**
**CHK: 5406  DATE: 04/11/2022 SEQ: 80502760**



**AMT: 96.03  STS: Paid**
**CHK: 5407  DATE: 04/11/2022 SEQ: 80601130**



**AMT: 134.57  STS: Paid**
**CHK: 5408  DATE: 04/19/2022 SEQ: 80900950**



**AMT: 446.00  STS: Paid**
**CHK: 5409  DATE: 04/25/2022 SEQ: 80502870**



**MARINE BANK**

LOTZ PROPERTY MANAGEMENT

| | |
|---|---|
| Bank : | 266 |
| Images : | 17 |
| Page : | 6 |

Account No. :    *********861

Stmt. Date :    04/29/2022

## IMAGE STATEMENT



**AMT: 4,072.47  STS: Paid**
**CHK: 5410  DATE: 04/25/2022 SEQ: 61601380**

